# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIHONG CHEN,<br><br>       Plaintiff,<br><br>v.<br><br>DAVID W. JENNINGS, et al.,<br><br>       Defendants. | Case No. 18-cv-01669-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

The government is ordered to file (and serve on the petitioner) an answer to the petition by April 9, 2018. If the petitioner wishes to file a reply, he may do so by April 11, 2018. The Court will order a hearing if necessary.

**IT IS SO ORDERED.**

Dated: March 30, 2018

VINCE CHHABRIA
United States District Judge